RICE et al. v. McGREW. (Circuit Court of Appeals, Fifth Circuit. November 16, 1909.) No. 1,946. Appeal from the Circuit Court of the United States for the Southern District of Texas. Clarence R. Wharton, for appellants. John W. Parker, for appellee. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. This case is one for damages on behalf of a minor, a deaf mute, to recover damages from the receivers, operating a sawmill under the appointment and orders of the Circuit Court in the case of Maryland Trust Company v. Kirby Lumber Company, and it is appealed here by the said receivers, complaining of the finding of facts made by the special master. The report of the special master on law and facts seems to have been well considered, and, as it was approved and confirmed by the Circuit Court, we are not disposed to go behind it. The decree of the Circuit Court is therefore affirmed.

---

SANGER v. ROVELLO et al. (Circuit Court of Appeals, Fifth Circuit. December 7, 1909.) No. 2,010. In Error to the Circuit Court of the United States for the Western District of Texas. H. C. Lindsey, for plaintiff in error. Richard I. Munroe and J. R. Downs, for defendants in error. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. The plaintiff in error took no better title to the property purchased at execution sale than Peter McClellan had; and said Peter McClellan, as appears by the record, had no title subject to execution, as settled in the courts of the state of Texas long prior to plaintiff in error's purchase. See McClelland v. McClelland (Tex. Civ. App.) 37 S. W. 350; Wood v. McClelland (Tex. Civ. App.) 53 S. W. 381; McClelland v. McClelland, 46 Tex. Civ. App. 26, 101 S. W. 1171. The judgment of the Circuit Court is affirmed.

---

TEXAS CANNEL COAL CO. v. CONSUMERS' LIGNITE CO. (Circuit Court of Appeals, Fifth Circuit. November 30, 1909.) No. 1,986. Appeal from the Circuit Court of the United States for the Northern District of Texas. Bennett Hill, for appellant. J. M. McCormick, for appellee. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. The controversy in this case is over the amount of damages to be recovered for lignite unlawfully removed by the appellant from appellee's land; the question being whether the trespass was inadvertent or willful. We find that Lowery, the general manager, was the representative of the appellant in determining how far mining operations should be carried on and extended, and it was conceded that he had full knowledge of the trespass committed. See U. S. v. Ute Coal & Coke Co., 158 Fed. 20, 85 C. C. A. 302. The decree of the Circuit Court is affirmed.

---

TEXAS & P. RY. CO. v. MORRIS et al. (Circuit Court of Appeals, Fifth Circuit. November 16, 1909.) No. 1,917. In Error to the Circuit Court of the United States for the Eastern District of Texas. F. H. Prendergast, for plaintiff in error. S. P. Jones, for defendants in error. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. All the assignments of error in this case complain of erroneous charges to the jury; but the record shows no seasonable exceptions were taken in the court below, either to the judge's charge as a whole or to any part thereof. The judgment of the Circuit Court is affirmed.